UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN JOAQUIN,<br><br>                      Plaintiff,<br><br>           v.<br><br>DAVID JOHNSON, as an individual and dba DELTA TRANSPORT, INC., et al.,<br><br>                      Defendants. | No. 2:16-cv-816-KJM-EFB PS<br><br><br>ORDER |

      This case, which defendant Spurlock removed from San Joaquin Superior Court *in propria persona*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On April 25, 2016, defendants Faso and Zeiter, through counsel, filed a joinder in the notice of removal. Local Rule 302(c)(21) provides for the referral of cases to the magistrate judge when all of the plaintiffs or defendants are proceeding *in propria persona*. Because plaintiff and some of the defendants are represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

/////

/////

/////

      Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge. All pending hearing dates are vacated.

Dated:  April 25, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE